[No. 19075-7-III. Division Three. May 1, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. MIGUEL SANDOVAL-LOPEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 99-1-00227-8, John E. Bridges, J., entered January 7, 2000. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Schultheis and Kato, JJ.

[No. 19210-5-III. Division Three. May 1, 2001.]

INLAND FOUNDRY COMPANY, INC., *Appellant*, v. SPOKANE COUNTY AIR POLLUTION CONTROL AUTHORITY, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 99-2-03981-0, Kathleen M. O'Connor, J., entered February 25, 2000. *Affirmed* by unpublished per curiam opinion.

[Nos. 18588-5-III; 18650-4-III. Division Three. May 3, 2001.]

AZTECH ELECTRIC, INC., *Appellant*, v. OREGON MACHINE ERECTORS, INC., ET AL., *Respondents*.
AZTECH ELECTRIC, INC., *Appellant*, v. THE CITY OF SPOKANE, ET AL., *Respondents*.

Appeals from judgments of the Superior Court for Spokane County, Nos. 85-2-02106-6 and 86-2-01427-1, Salvatore F. Cozza, J., entered July 16 and 19, 1999. *Reversed* by unpublished opinion per Kato, J., concurred in by Brown, A.C.J., and Schultheis, J.

[No. 19101-0-III. Division Three. May 3, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY FRANKLIN POWELL, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 99-1-50155-1, Craig J. Matheson, J., entered January 11, 2000. *Affirmed* by unpublished opinion per Kato, J., concurred in by Kurtz, C.J., and Schultheis, J.